1 | JOSHUA E. KIRSCH (179110)
  | GIBSON ROBB & LINDH LLP
2 | 201 Mission Street, Suite 2700
  | San Francisco, California 94105
3 | Telephone: (415) 348-6000
  | Facsimile: (415) 348-6001
4 | Email: jkirsch@gibsonrobb.com

5 | Attorney for Plaintiff-in-Intervention
  | ARCH INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AVILA, | Case No.: 3:14-cv-03239 JST |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO ALLOW COMPLAINT IN INTERVENTION** |
| v. | |
| EMMEGI USA, INC., and DOES 1 to 50, | |
| Defendants. | |
| ARCH INSURANCE COMPANY, | |
| Plaintiff-in-Intervention, | |
| v. | |
| EMMEGI USA, INC., and ROES 1 through 50, | |
| Defendants. | |

///

///

---

[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW COMPLAINT IN INTERVENTION
Case No.: 3:14-CV-03239 JST; Our File No. 5808.90

1  The parties hereby stipulate that plaintiff-in-intervention ARCH INSURANCE
2  COMPANY ("ARCH") may file its complaint-in-intervention, ~~a copy of which is attached hereto~~
3  ~~as **Exhibit A.**~~ The grounds for such stipulation is that ARCH is a workers' compensation carrier
4  that has paid workers compensation benefits for the injury to the worker, JESUS AVILA, who is
5  the subject of this civil action.  ARCH seeks to recover its payments by subrogation against the
6  civil defendants.

7  The complaint-in-intervention shall be filed as an independent docket entry no later than
8  September 5, 2014.

10 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12 Dated: September 3, 2014

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*

[United States District Court, Northern District of California seal]

[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW COMPLAINT IN INTERVENTION
Case No.: 3:14-CV-03239 JST; Our File No. 5808.90

- 2 -