UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AVILA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMMEGI USA, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-03239-JST   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 14, 2015<br>Mediator: Robert Pohls |

IT IS HEREBY ORDERED that the request to excuse defendant Emmegi U.S.A., Inc.'s representative from participating in the May 14, 2015, mediation before Robert Pohls is GRANTED.

The court also GRANTS the requests from defendant Emmegi U.S.A, Inc.'s insurer representative and plaintiff-in-intervention Arch Insurance, Inc.'s representative to appear telephonically at the mediation. The excused representatives shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: April 21, 2015

Maria-Elena James
United States Magistrate Judge