UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AVILA,<br><br>       Plaintiff,<br><br>    v.<br><br>EMMEGI USA, INC.,<br><br>       Defendant. | Case No. 14-cv-03239-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 23 |

The parties to this action participated in mediation on May 14, 2015, and the mediator filed a notice stating that the parties have settled the action in full. See ECF No. 23. Accordingly, all deadlines and hearings in this case are vacated. By June 29, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this order.

The Court also hereby sets a case management conference on July 8, 2015, which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: May 14, 2015

_____
JON S. TIGAR
United States District Judge