UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AVILA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMMEGI USA, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-03239-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 24 |

　　The parties to this action participated in a mediation on May 14, 2015, and that day the mediator filed a notice stating that the parties had settled the action in full. See ECF No. 23. The Court then ordered the parties to file by June 29, 2015 either a stipulation of dismissal or a one-page joint statement explaining why they were unable to dismiss the case. ECF No. 24. The Court also set a case management conference for July 8, 2015, which would be vacated if a stipulation of dismissal were timely filed. Id.

　　The parties failed to file either a stipulation of dismissal or a one-page joint statement as required by the Court's prior order. The parties also failed to appear in Court as ordered on July 8, 2015. See ECF No. 25.

　　Based on the foregoing, the Court can only conclude that Plaintiff has ceased to prosecute the action. The case is now dismissed with prejudice.

　　IT IS SO ORDERED.

Dated: July 9, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge